UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JERMAINE STEVENSON,<br>　　Petitioner,<br><br>-v-<br><br>JEFFREY WOODS,<br>　　Respondent.<br>_____ | )<br>)<br>)　No. 2:16-cv-90<br>)<br>)　HONORABLE PAUL L. MALONEY<br>)<br>)<br>) |

## JUDGMENT

In accordance with the opinion and order entered on this date (ECF No. 8), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date:  September 23, 2016              /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　United States District Judge