UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Jermaine Stevenson,
    Petitioner,

-v-

Jeffrey Woods,
    Respondent.

No. 2:16-cv-90

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the accompanying Opinion and Order entered on this, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: February 5, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge